GRIGG v. BURKE COUNTY

[117 N.C. App. 92 (1994)]

━━━━━━━━━━

CATHEY P. GRIGG, As Administratrix of the Estate of Matthew E. Curry, Plaintiff v. BURKE COUNTY and RALPH E. JOHNSON, In His Capacity As BURKE COUNTY SHERIFF, Defendants

No. 9425SC97

(Filed 15 November 1994)

Appeal by plaintiff from order entered 1 October 1993 by Judge Robert E. Gaines in Burke County Superior Court. Heard in the Court of Appeals 4 October 1994.

*Harris & Graves, by Joseph A. Mooneyham, and Corry, Cerwin & Luptak, by Todd R. Cerwin, for plaintiff appellant.*

*Womble Carlyle Sandridge & Rice, by Allan R. Gitter and Ellen M. Gregg, for defendant appellees.*

ARNOLD, Chief Judge.

This case has been consolidated for hearing with No. 9425SC98. Both cases arise out of a single accident and present identical issues for review. We now refer to No. 9425SC98 for a complete recitation of the facts and an analysis of the issues presented for review. For the reasons stated in that opinion, the order of the trial court granting summary judgment for defendants is

**POST & FRONT PROPERTIES v. ROANOKE CONSTRUCTION CO.**

[117 N.C. App. 93 (1994)]

Affirmed.

Judges COZORT and LEWIS concur.